HOWARD B. GROBSTEIN, TRUSTEE
7121 MAGNOLIA AVE
SUITE F
RIVERSIDE, CA  92504
(951) 234-0951
  FAX (951) 684-2363/ hbgtrustee@gtfas.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | | |
|---|---|---|
| In re: SUNSTONE COMPONENTS GROUP, INC. | § | Case No. 6:13-bk-16232-MJ |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>HOWARD B. GROBSTEIN, TRUSTEE</u> , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
3420 Twelfth Street
Riverside, CA 92501-3819

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 11:00AM on 05/16/2017 in Courtroom 301 United States Bankruptcy Court, located at 3420 Twelfth Street, Riverside, CA 92501. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and, the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 04/06/2017    By: /s/ Sheena Skuro
                                                                                                      Sheena Skuro

HOWARD B. GROBSTEIN, TRUSTEE
7121 MAGNOLIA AVE
SUITE F
RIVERSIDE, CA  92504
(951) 234-0951
hbgtrustee@gtfas.com

**UST Form 101-7-NFR (10/1/2010)**

HOWARD B. GROBSTEIN, TRUSTEE
7121 MAGNOLIA AVE
SUITE F
RIVERSIDE, CA  92504
(951) 234-0951
  FAX (951) 684-2363/ hbgtrustee@gtfas.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In re: SUNSTONE COMPONENTS GROUP, INC.  § Case No. 6:13-bk-16232-MJ
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 242,900.70 |
| *and approved disbursements of* | $ 94,145.75 |
| *leaving a balance on hand of* [1] | $ 148,754.95 |
| **Balance on hand:** | **$ 148,754.95** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 148,754.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - HOWARD B. GROBSTEIN, TRUSTEE | 15,395.04 | 0.00 | 15,395.04 |
| Attorney for Trustee, Fees - MANATT PHELPS & PHILLIPS | 90,247.95 | 83,092.95 | 7,155.00 |
| Attorney for Trustee, Expenses - MANATT PHELPS & PHILLIPS | 999.23 | 990.07 | 9.16 |
| Accountant for Trustee, Fees - GROBSTEIN TEEPLE LLP | 14,496.50 | 0.00 | 14,496.50 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Accountant for Trustee, Expenses - GROBSTEIN TEEPLE LLP | 659.46 | 0.00 | 659.46 |
| Fees, United States Trustee | 2,575.00 | 0.00 | 2,575.00 |
| Other Expenses: FRANCHISE TAX BOARD (ADMINISTRATIVE) | 11,687.18 | 0.00 | 11,687.18 |

                Total to be paid for chapter 7 administration expenses:    $    51,977.34
                Remaining balance:    $    96,777.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Trustee/D-I-P Fees - ARENT FOX | 114,062.79 | 0.00 | 34,166.58 |
| Other Expenses: Hughes Family Trust dated 12/22/1999 | 12,605.04 | 0.00 | 3,775.74 |
| Other Expenses: INTERNAL REVENUE SERVICE | 2,925.17 | 0.00 | 876.21 |
| Other Expenses: INTERNAL REVENUE SERVICE | 300.00 | 0.00 | 89.86 |
| Other Expenses: MSC INDUSTRIAL SUPPLY CO | 760.99 | 0.00 | 227.95 |
| Other Expenses: State Board of Equalization (ADMINISTRATIVE) | 172,431.47 | 0.00 | 51,650.43 |
| Other Expenses: Steven Healy | 20,000.00 | 0.00 | 5,990.84 |

                Total to be paid for prior chapter administrative expenses:    $    96,777.61
                Remaining balance:    $    0.00

     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,116.93 must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 10SC | United Parcel Service | 844.59 | 0.00 | 0.00 |
| 30SC | State Board of Equalization | 606.98 | 0.00 | 0.00 |
| AD1P | FRANCHISE TAX BOARD | 800.00 | 0.00 | 0.00 |
| M-1P | FRANCHISE TAX BOARD | 1,624.96 | 0.00 | 0.00 |
| M-13P | State Board of Equalization | 7,240.40 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 603,917.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1SC | First National Bank of Omaha | 10,965.60 | 0.00 | 0.00 |
| 2SC | First National Bank of Omaha | 20,656.72 | 0.00 | 0.00 |
| 3SC | First National Bank of Omaha | 12,423.04 | 0.00 | 0.00 |
| 4SC | Ecko Products Group | 22,053.07 | 0.00 | 0.00 |
| 5SC | Mc Machinery Systems Inc | 5,293.38 | 0.00 | 0.00 |
| 7SC | GE Capital C/O Barbi Martin | 34,149.16 | 0.00 | 0.00 |
| 8SC | TRUMP CARD-CARLSBAD | 22,363.83 | 0.00 | 0.00 |
| 9SC | Gordon & Rees LLP | 6,313.50 | 0.00 | 0.00 |
| 10SC | United Parcel Service | 88.35 | 0.00 | 0.00 |
| 11SC | Southern California Gas Co | 337.26 | 0.00 | 0.00 |
| 12SC | Select Staffing | 17,569.89 | 0.00 | 0.00 |
| 13SC | AJ Oster LLC | 6,653.71 | 0.00 | 0.00 |
| 14SC | INTERNAL REVENUE SERVICE | 17,340.71 | 0.00 | 0.00 |
| 15SC | SOUTHERN CALIFORNIA EDISON COMPANY | 4,178.96 | 0.00 | 0.00 |
| 17SC | AMETEK | 2,533.50 | 0.00 | 0.00 |
| 18SC | Heyco Metals Inc | 5,348.62 | 0.00 | 0.00 |
| 19SC | Cleary Developments | 841.86 | 0.00 | 0.00 |
| 20SC | SOUTHERN CALIFORNIA EDISON COMPANY | 62,700.98 | 0.00 | 0.00 |
| 23SC | WHITE NELSON DIEHL EVANS LLP | 2,933.84 | 0.00 | 0.00 |
| 24SC | Wallace Wood Products | 1,230.00 | 0.00 | 0.00 |
| 25SC | TEMECULA PATIO & GARDEN INC | 475.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 26SC | GREGG EISENMANN | 719.22 | 0.00 | 0.00 |
| 27SC | EVEREST NATIONAL INSURANCE COMPANY | 64,737.93 | 0.00 | 0.00 |
| 28SC | KAUFFMAN CO | 395.49 | 0.00 | 0.00 |
| 29SC | Steven Healy | 36,700.00 | 0.00 | 0.00 |
| 30SC | State Board of Equalization | 74.70 | 0.00 | 0.00 |
| 33SC | Price Manfacturing Co. | 3,165.00 | 0.00 | 0.00 |
| 34SC | Chase Plastic Services | 4,999.00 | 0.00 | 0.00 |
| 35SC | Heyco Metals Inc | 20,000.00 | 0.00 | 0.00 |
| 36SC | Janet M. Green | 63,034.00 | 0.00 | 0.00 |
| M-1U | FRANCHISE TAX BOARD | 44.00 | 0.00 | 0.00 |
| M-3U | Hughes Family Trust dated 12/22/1999 | 9,390.88 | 0.00 | 0.00 |
| M-4U | Select Staffing | 36,277.26 | 0.00 | 0.00 |
| M-5U | MSC INDUSTRIAL SUPPLY CO | 949.32 | 0.00 | 0.00 |
| M-7U | Chase Plastics | 933.10 | 0.00 | 0.00 |
| M-8U | Price Manufacturing | 63,058.87 | 0.00 | 0.00 |
| M-9U | Wellman Plastics Recycling LLC | 19,662.08 | 0.00 | 0.00 |
| M-12U | Superb | 22,565.80 | 0.00 | 0.00 |
| M-13U | State Board of Equalization | 759.69 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $             0.00
Remaining balance: $             0.00

Prepared By:  /s/HOWARD B. GROBSTEIN, TRUSTEE
Trustee

HOWARD B. GROBSTEIN, TRUSTEE
7121 MAGNOLIA AVE
SUITE F
RIVERSIDE, CA  92504
(951) 234-0951
hbgtrustee@gtfas.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**